


Priority
Send
Enter
Closed
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only ———

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION<br><br><br>This Document Relates To:<br><br>All Actions | Master File No.<br>CV 01-11115-RSWL<br><br>**ORDER** |



On February 4, 2005, Lead Plaintiff, California State Teachers' Retirement System ("CalSTRS") and the Class (collectively "Plaintiff") brought a motion for: (1) Preliminary Approval of Class Settlement with David Rosenblatt; (2) Entry of an Amended Order Preliminarily Approving Settlements; and (3) Application for Partial Distribution from the Settlement Fund.

1

784

1    On February 14, 2005, Defendant Stuart Wolff ("Wolff")
2 filed an Opposition to this motion.  Plaintiff filed a Reply
3 on February 22, 2005.  On February 25, 2005, Wolff filed a
4 Conditional Withdrawal of his Opposition and Plaintiff filed
5 a Revised Agreed Upon Proposed Final Judgment.

7    This motion was originally set for hearing on February
8 28, 2005.  Pursuant to Rule 78 of the Federal Rules of Civil
9 Procedure and Central District Local Rule 7-15, this Court
10 took that motion under submission.  Having considered all
11 papers and argument submitted, **THE COURT NOW FINDS AND RULES**
12 **AS FOLLOWS:**

14    The Court finds that: (1) the strength of the
15 Plaintiff's case; (2) the risk, expense, complexity, and
16 likely duration of further litigation; (3) the amount of the
17 Rosenblatt Settlement; (4) the extent of discovery and the
18 development of the factual record; (5) the experience of all
19 counsel and the overall fairness of the Settlement,
20 resulting from an arm's-length negotiation; (6) the adequacy
21 of notice to the Class; and (7) the reasonableness of
22 attorneys' fees and costs all weigh in favor of granting the
23 motion for preliminary approval of the Settlement with David
24 Rosenblatt.

Additionally, the Court finds that one notice will serve to reduce costs, save time for the Court and Class members, and streamline the claims administration process.

Further, pursuant to the terms of Settlement Agreements with Shew, Giesecke, DeSimone, Losh, and Kalina, the Court finds that Plaintiff may apply for distribution from the Settlement Fund to cover the cost of providing notice to the Class.

Accordingly, the Court **GRANTS** Plaintiff's above-entitled motion in its entirety.

**IT IS SO ORDERED.**

DATED: April 14, 2005

RONALD S.W. LEW

_____
**RONALD S.W. LEW**
United States District Judge

(Orders/Homestore.Prelim Approval Class Settlement.2.wpd)