JOSEPH W. COTCHETT (#36324; jcotchett@cpmlegal.com)
NANCY L. FINEMAN (#124870; nfineman@cpmlegal.com)
STEVEN N. WILLIAMS (#175489; swilliams@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone (650) 697-6000

*Counsel for Lead Plaintiff CalSTRS and the Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **In re HOMESTORE.COM, INC. SECURITIES LITIGATION** | Master File No. 01-CV-11115 RSWL (CWx) |
| This Document Relates To: ALL ACTIONS. | **ORDER APPROVING:** <br><br>**(1) FINAL CLASS SETTLEMENT WITH CENDANT AND RICHARD A. SMITH** <br><br>**(2) PLAN OF ALLOCATION;** <br><br>**(3) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;** <br><br>**(4) DISTRIBUTION OF CLAIMS ADMINISTRATION FUNDS; AND** <br><br>**(5) TIMING OF DISTRIBUTION** <br><br>Date: March 16, 2009 <br>Time: 10:00 a.m. <br>Judge: Hon. Ronald S.W. Lew <br>Courtroom: 21, 312 North Spring St. Los Angeles, CA 90012 |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[Proposed] Order Finally Approving Partial Class Settlements**
**With Cendant and Smith; Case No. 01-CV-11115 RSLW (CWx)**                                    1

1    Lead Plaintiff California State Teachers' Retirement System's motion for (1) Final Approval of Partial Class Settlement with Cendant Corporation (now known as Avis Budget, Inc. ("Cendant"), and Richard A. Smith ("Smith"); (2) Approval of Plan of Allocation; (3) Approval of Award of Attorneys' Fees and Reimbursement of Expenses; (4) Approval to Distribute Claims Administration Funds; and (5) Approval of Timing of Distribution, in the above-captioned matter, came on for hearing on March 16, 2009 before the Honorable Ronald S.W. Lew of the above-entitled Court, pursuant to the prior Order of this Court, which gave preliminary approval of the Stipulations and Agreements of Settlement ("Settlements") and directed that notice be mailed to all Class members.

WHEREAS plaintiffs filed a class action complaint for securities fraud against several defendants, including defendants Cendant and Smith (the "Settling Defendants"); and

WHEREAS the action was vigorously litigated for several years, including an appeal to the Supreme Court; and

WHEREAS Lead Plaintiff's Counsel conducted a thorough examination and evaluation of the relevant law and facts to assess the merits of their claims and to determine how best to serve the interests of Lead Plaintiff and the Class; in the course of their examination, Lead Plaintiff's Counsel undertook extensive discovery; and

WHEREAS based upon their discovery, investigation and evaluation of the facts and law relating to the matters alleged in the pleadings, Lead Plaintiff has agreed to settle the action with the Settling Defendants, after considering factors including: (1) the substantial benefits to Lead Plaintiff and the Class under the terms of the proposed Settlements; (2) the substantial expense and uncertainties associated with continued litigation of the claims; and (3) the desirability of consummating the Settlements promptly, in order to provide effective relief to Lead Plaintiff and the Class; and

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] Order Finally Approving Partial Class Settlements
With Cendant and Smith; Case No. 01-CV-11115 RSLW (CWx)                    2

1  WHEREAS the proposed Settlements with the Settling Defendants are fair, reasonable, and adequate because they provide substantial benefits to the Class and are in the best interests of the Class; and

WHEREAS Lead Plaintiff and Settling Defendants have entered into Settlements, in which the settling parties have agreed after extensive arms-length negotiations upon settlements of the action subject to the approval and determination of the Court as to the fairness, reasonableness, and adequacy of the Settlements, which, if approved, will result in dismissal of the action against the Settling Defendants with prejudice;

WHEREAS no objections to the Settlements were received by the Court ordered deadline of March 3, 2009.

NOW, upon reviewing the Settlements, and upon reviewing all prior proceedings held herein, and the matter having come before the Court for hearing following notice to all parties and Class members, and GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

**Final Approval of Partial Class Settlements**

1. After considering a variety of factors, including but not limited to the risks and expenses of litigation, the relative strengths of the case, the defenses thereto, and the extent of Lead Plaintiff's preparation of the case, the Court finds that the Settlements, including all terms pertaining to payment by the Settling Defendants, dismissal of the action against the Settling Defendants with prejudice, and release of claims, is in all respects, fair, reasonable, and adequate to the Class. The Court does hereby finally approve of the Settlements, and dismisses the action with prejudice against the Settling Defendants.

2. The Court finds that the Notice given to the Class complied with the Court's Order dated December 11, 2009 and that said Notice (including, but not limited to, the form of notice and methods of identifying and giving notice to the Class) fairly apprised Class members of the terms of the Settlements.

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] Order Finally Approving Partial Class Settlements
With Cendant and Smith; Case No. 01-CV-11115 RSLW (CWx)

3

**Approval of Plan of Allocation**

3. The Court finds that the Plan of Allocation, as detailed in the Court approved Notice sent to Class Members, is equitable to Class Members. The Court approves of the Plan of Allocation.

**Approval of Award of Attorneys' Fees and Reimbursement of Expenses**

4. Lead Plaintiff's Counsel are hereby granted an award of attorneys' fees in the amount of $420,000.00, to be paid from the Settlement Fund received from the Settling Defendants.

5. Lead Plaintiff's Counsel is hereby granted reimbursement of all expenses incurred to date, to be paid from the Settlement Fund received from the Settling Defendants, in the amount of $20,994.67. In addition, Lead Plaintiff's counsel may pay for the costs of notice and claims administration up to $350,000 without further Court approval.

6. Lead Plaintiff's Counsel is authorized to pay applicable taxes and fees to tax preparers during the time it holds the settlement funds.

7. The Court finds that the amount of fees and costs awarded for the Settlements with the Settling Defendants is fair and reasonable to the Class in light of the circumstances of this case, the result achieved, the effort that was spent, the complexity of the issues presented, and the risks faced by Lead Plaintiff's Counsel in obtaining a successful result. The reasonableness of the fee award is confirmed by a cross-check of Lead Plaintiff Counsel's lodestar. The fee award is consistent with both lodestar and percentage of fund benchmarks recognized under federal law.

8. This award of fees and expenses is based upon a Settlement Fund created by the Settlements with the Settling Defendants, and shall not affect Class Counsel's right to request a further award of fees and expenses in the future based upon the continuing prosecution of this action, subject to approval by the Court.

///

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] Order Finally Approving Partial Class Settlements
With Cendant and Smith; Case No. 01-CV-11115 RSLW (CWx)                    4

**Allowing Plaintiffs to Time the Distribution**

10. The Court hereby allows Lead Plaintiff's Counsel to defer distributing the Settlement Fund until there can be simultaneous distribution of the other settlements, which monies are held in trust on behalf of the Class, or distribute the Cendant/Smith settlement monies separately, whichever makes the most sense from a time and cost perspective.

**IT IS SO ORDERED.**

Dated: March 23, 2009    _____/ s /_____

   HON. RONALD S.W. LEW
   SENIOR, U.S. DISTRICT COURT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[Proposed] Order Finally Approving Partial Class Settlements
With Cendant and Smith; Case No. 01-CV-11115 RSLW (CWx)**           5