O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION<br><br>             Plaintiff,<br><br><br>This Document Relates<br>To:<br><br>All Actions | Master File No.<br>CV 01-11115-RSWL (CWx)<br><br>**ORDER DENYING DEFENDANT STUART H. WOLFF'S MOTION TO CONTINUE [1206]** |

    The Court is presently in receipt of Defendant Stuart H. Wolff's Motion to Continue the Final Pre-Trial Conference and Trial Dates. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

    Defendant Stuart H. Wolff's Motion to Continue the Final Pretrial Conference and Trial Dates is **DENIED.** The Court finds that Defendant has not established that

///

///

there is sufficient good cause here to continue the Final Pretrial Conference and Trial Dates.

**IT IS SO ORDERED.**

DATED: January 3, 2011.

                                           RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge