# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| **In re HOMESTORE.COM, INC.**<br>**Securities Litigation** | CASE NO. CV 01-11115 RSWL (CWx) |
|  | **PLAINTIFFS' OBJECTIONS TO**<br>**DEFENDANT'S DEPOSITION**<br>**DESIGNATIONS** |
| This Document Relates to: | |
| All Actions | Trial Date:  January 25, 2011<br>Time:        10:00 a.m.<br>Judge:       Hon. Ronald S.W. Lew<br>Courtroom: 21, 312 North Spring Street<br>            Los Angeles, CA 90012 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| John Althoff | FRE 402 (Relevance); FRE 403 (Undue Consumption of Time)<br><br>[49:9-52:11] Lacks foundation; Lacks personal knowledge; Hearsay; Vague and ambiguous as to transaction reference |
| Jennifer Campos | FRE 402 (Relevance); FRE 403 (Undue Consumption of Time)<br><br>[96:5-98:10] Irrelevant<br><br>[98:16-18] Speculation<br><br>[102:25-103:9] Lacks foundation; Speculation<br><br>[103:11-104:7] Asked and answered; Irrelevant<br><br>[203:4-205:12] Lack of personal knowledge; Speculation; Irrelevant and Hearsay.<br><br>[209:9-21] Hearsay |
| John Costello | Subject To MIL No. 6: Motion to Exclude John Costello's (Plaintiff's Previous Accounting Expert) Deposition Testimony<br><br>[248:10-17] Objection; Vague and ambiguous<br><br>[249:11-250:11] Objection; Vague and ambiguous<br><br>[287:3-23] Vague and ambiguous |

PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION
Case No. 01-CV-11115 RSWL

1

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| | [288:3-19] Calls for legal conclusion; Vague and ambiguous; Incomplete<br><br>[295:1-9] Vague and ambiguous; Lacks foundation<br><br>[297:6-21] Vague and ambiguous; Lacks foundation; Assumes facts<br><br>[297:25-298:7] Lacks foundation |
| **Gordon Davidson** | [50:20-51:17] Hearsay<br><br>[53:10-24] Lack of personal knowledge; Speculation; Hearsay<br><br>[54:20-25] Irrelevant<br><br>[80:15-25] Irrelevant |
| **Robert Fisher** | **FRE 402 (Relevance); FRE 403 (Undue Consumption of Time)**<br><br>[36:21-37:1-8] Speculation; Legal conclusion |
| **Paul Gompers** | **MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness**<br><br>**Entire Designation Lacks Foundation: Witness Not Qualified To Present Expert Testimony [FRE 702], Insufficient Basis For Expert Opinion [FRE 703]**<br><br>[207:9-16]   Seeks a legal conclusion. Mr. Gompers is not an attorney |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
|  | [207:23 - 208:2]    Seeks a legal conclusion. <br><br> [208:5 - 208:24]    Seeks a legal conclusion <br><br> [209:3 - 212:1]    Seeks a legal conclusion <br><br> [213:8 - 213:13]    Seeks a legal conclusion <br><br> [279:17 - 280:14]  Lacks Foundation |
| **Phillip Harkins** | **MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness** <br><br> **Entire Designation Lacks Foundation: Witness Not Qualified To Present Expert Testimony [FRE 702], Insufficient Basis For Expert Opinion [FRE 703]** <br><br> [23:14-24 ] Improper Opinion <br><br> [24:2-10] Improper Opinion <br><br> [25:2-9] Hearsay <br><br> [51:1-56:7] Improper Opinion; Hearsay <br><br> [80:19-22] Incomplete <br><br> [104:23-105:4] Incomplete |
| **Teri N. Hollander** | [90:15 - 91:1]  Hearsay, Speculation, Lacks Foundation <br><br> [164:15 - 165:5]  Hearsay, Speculation, Lacks Foundation |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| **Christian Jester** | **[74:18-75:-12]** Speculation; Vague and ambiguous; Improper opinion; Lacks foundation<br><br>**[192:2-194:2]** Speculation<br><br>**[294:6-11]** Incomplete<br><br>**[345:10-24]** Speculation |
| **Norman Jacobs** | **MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness**<br><br>**Entire Designation Lacks Foundation: Witness Not Qualified To Present Expert Testimony [FRE 702], Insufficient Basis For Expert Opinion [FRE 703]** |
| **Bill Kelvie** | **[20:16-21:-3]** Lack of personal knowledge; Lack of foundation<br><br>**[55:17-23]** Lack of personal knowledge; Lacks Foundation<br><br>**[65:17-66:-18]** Speculation<br><br>**[67:21-68:-7]** Relevance; Incomplete<br><br>**[96:12-22]** Speculation<br><br>**[115:13-19]** Speculation<br><br>**[177:16-178:1]** Lacks foundation; Calls for expert opinion<br><br>**[189:4-12]** Calls for expert opinion; Lacks foundation<br><br>**[189:19-190:-22]** Lacks foundation; Calls for expert opinion |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**

**Case No. 01-CV-11115 RSWL**

4

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| | **[192:25-193:-20]** Calls for expert opinion; Lacks foundation<br><br>**[201:15-23]** Vague and Ambiguous incomplete as to time;<br><br>**[214:14-215:-8]** Hearsay; Lacks personal knowledge |
| **Allan Kleidon** | **MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness**<br><br>**Undisclosed expert witness FRCP 26** (*see* **Exhibit 3 to Declaration of Daniel Sterrett In Support of Plaintiff's Omnibus Motions in Limine).**<br><br>**Cumulative expert testimony (***see* **Exhibit 3 to Declaration of Daniel Sterrett In Support of Plaintiff's Omnibus Motions in Limine (Disclosure of expert Meir Statman)).** |
| **Kenneth Klein** | **[63: 2-6]** Non-responsive<br><br>**[66:16 – 67: 23]** Speculation; Lacks foundation<br><br>**[70:1 – 71:6]** Hearsay<br><br>**[79:1 – 80:6]** Speculation; Lacks Foundation;<br><br>**[88:19 – 89:23]** Non-responsive<br><br>**[99:19 – 101:4]** Lacks Foundation; Vague and ambiguous; Argumentative<br><br>**[101: 11-13]** Assumes facts; Lack of knowledge; Legal Conclusion<br><br>**[154: 16 - 155:12]** Hearsay; Vague and ambiguous; Lacks foundation |

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| | [202:22 - 203:5] Incomplete; Non-responsive; Lacks foundation<br><br>[206: 16 - 207: 5] Lacks Foundation; Hearsay; Assumes Facts; Vague and Ambiguous<br><br>[208:25 - 209:18] Hearsay; Best Evidence<br><br>[211: 3 – 10] Hearsay; Lacks Foundation<br><br>[214: 13 – 215: 15] Leading; Speculation; Lacks Foundation<br><br>[215: 25 – 216: 4] Leading; Speculation; Foundation; Lacks Knowledge<br><br>[216: 13 – 22] Leading; Vague and ambiguous; Assumes facts<br><br>[220: 17 – 221: 6] Improper hypothetical; Legal conclusion; Speculation; Improper Opinion (FRE 702)<br><br>[221:15 – 222: 16] Improper hypothetical; Legal conclusion; Speculation; Improper Opinion (FRE 702) |
| **Allen Merrill** | [29:2 - 29:24] Hearsay<br><br>[87:19-26] Hearsay<br><br>[91:16-18] Hearsay<br><br>[101: 10-15] Hearsay |
| **Robert Page** | **FRE 402 (Relevance); FRE 403 (Undue Consumption of Time)**<br><br>[100:8-101:22] Vague; ambiguous; calls for speculation and lacks foundation. |
| | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**

6

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| Clifford Pike | **MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness** <br><br> **Entire Designation Lacks Foundation: Witness Not Qualified To Present Expert Testimony [FRE 702], Insufficient Basis For Expert Opinion [FRE 703]** <br><br> **[149:22 - 150:10]**: Lacks foundation; Speculation, Improper Expert Opinion <br><br> **[207:10 - 208:24]**  Irrelevant, Lacks foundation, Improper Expert Opinion <br><br> **[246:4 - 247:25]**   Lacks foundation, Improper Expert Opinion <br><br> **[248:19 249:7]**  Lacks foundation, Improper Expert Opinion <br><br> **[255:1 - 256:20]**   Lacks foundation, Improper Expert Opinion <br><br> **[323:5 - 324:10]**    Vague and ambiguous <br><br> **[326:3 - 327:5]**  Lacks foundation, Speculation <br><br> **[328:23 - 329:6]**   Lacks foundation, Speculation, Improper Expert Opinion <br><br> **[329:23 - 331:7]**   Lacks foundation, Speculation, Improper Expert Opinion |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| | [340:18 - 342;23]  Lacks foundation, Speculation, Improper Expert Opinion<br><br>[344:19 - 345:2]   Seeks a legal conclusion.  Improper Expert Opinion<br><br>[352:9 - 354:7] Lacks foundation, Improper hypothetical<br><br>[357:17 - 357:21]  Incomplete, Lacks foundation<br><br>[358:3 - 358:8] Incomplete, Lacks foundation<br><br>[359:22 - 359:25]  Irrelevant<br><br>[360:4 - 360:17]   Incomplete citation<br><br>[361:20 - 362:11]  Improper Expert Opinion, Adjudicating credibility of witnesses<br><br>[363:23 - 368:2]   Lacks foundation, Speculation, Improper Expert Opinion |
| Walter Rush | MIL No. 5: Motion To Exclude Wolff From Offering Expert Testimony Through Deposition Testimony Rather Than A Live Witness<br><br>Entire Designation Lacks Foundation: Witness Not Qualified To Present Expert Testimony [FRE 702], Insufficient Basis For Expert Opinion [FRE 703] |

PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION

Case No. 01-CV-11115 RSWL

8

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| | **[146:1-11]** Improper Opinion<br><br>**[149:2-9]** Speculation; Out of Scope of Witness Designation |
| **Mary Elizabeth Shelton Rose** | **[44:8 - 44:17]** Hearsay<br><br>**[192:17 - 192:24]** Hearsay<br><br>**[193:2 - 193:14]** Speculation, Lacks Foundation<br><br>**[312:18 - 313:1]** Irrelevant, Lacks Foundation, Improper Expert Opinion<br><br>**[317:25 - 318:19]** Irrelevant, Speculation, Lacks Foundation<br><br>**[319:6 - 319:23]** Irrelevant, Speculation, Lacks Foundation<br><br>**[320:23 - 321:9]** Irrelevant, Speculation, Lacks Foundation<br><br>**[321:14 - 322:1]** Irrelevant, Speculation, Lacks Foundation<br><br>**[325:5 - 326:6]** Irrelevant, Speculation, Lacks Foundation<br><br>**[327:21 - 328:2]** Hearsay<br><br>**[328:23 - 329:4]** Irrelevant, Speculation, Lacks Foundation |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION**
**Case No. 01-CV-11115 RSWL**                                                      9

| DEFENDANTS' DEPOSITION DESIGNATION | PLAINTIFFS' OBJECTIONS TO DEFENDANTS DEPOSITION DESIGNATION |
|---|---|
| Michelle Stalick | [245:3 - 245:18]  Irrelevant<br><br>[247:4 - 247:23]  Lacks Foundation |
| Adam Zurofsky | [133: 9 – 18] Best Evidence<br><br>[142:12 – 23] Lacks foundation; Vague and ambiguous<br><br>[143: 7 – 144: 7] Assumes facts; Lacks foundation; Speculation<br><br>[144: 18 – 145: 18] Improper Opinion (FRE 702); Lacks Foundation; Speculation; Vague and ambiguous<br><br>[146: 7 – 20] Improper Opinion (FRE 702); Lacks Foundation; Speculation; Vague and ambiguous<br><br>[147:2 – 11] Improper Opinion (FRE 702); Lacks Foundation; Speculation; Vague and ambiguous<br><br>[149:2 – 20] Hearsay<br><br>[152:22 – 153: 11] Hearsay; Speculation; Lacks Foundation; Vague |

Date: January 24, 2011                    COTCHETT, PITRE & McCARTHY


                                BY:  _____/s/_____
                                     DANIEL R. STERRETT
                                     *Counsel for Lead Plaintiff CalSTRS and the Class*

PLAINTIFF'S OBJECTIONS TO DEFENDANTS DEPOSITION DESINGATION

Case No. 01-CV-11115 RSWL                                      10