JOSEPH W. COTCHETT (#36324)
NANCY L. FINEMAN (#124870)
ARON K. LIANG (#228936)
DANIEL R. STERRETT (#260290)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
(650) 697-6000

*Counsel for Lead Plaintiff CalSTRS*
*and the Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **In re HOMESTORE.COM, INC. SECURITIES LITIGATION** ) | Master File No. 01-CV-11115 RSWL (CWx) |
| _____ ) | **NOTICE OF LODGMENT OF [PROPOSED] ORDER** |
| This Document Relates To: ) | **Date:** **April 20, 2011** |
| ) | **Time:** **10:00 a.m.** |
| ) | **Judge:** **Hon. Ronald S.W. Lew** |
| ALL ACTIONS. ) | **Courtroom:** **21, 312 North Spring Street Los Angeles, CA 90012** |
| _____ ) | **Trial Date: January 25, 2011** |

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY, LLP

28

NOTICE OF LODGMENT OF PROPOSED ORDER;
Case No. 01-cv-11115 RSWL (Cwx)

1        Attached hereto as Exhibit 1 is the [Proposed] Denying Stuart Wolff's

2    Renewed Motion for Judgment as a Matter of Law or For Partial Judgment as a

3    Matter of Law.

4

5    DATE: March 30, 2011        **COTCHETT, PITRE & McCARTHY, LLP**

6

7                      By:      */s/ Nancy L. Fineman*

8                         NANCY L. FINEMAN

9                         *Counsel for Lead Plaintiff CalSTRS*
     *and the Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY, LLP

**NOTICE OF LODGMENT OF PROPOSED ORDER;**
**Case No. 01-cv-11115 RSWL (Cwx)**        1