O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION<br><br>               Plaintiff,<br><br><br>This Document Relates<br>To:<br><br>All Actions | Master File No.<br>CV 01-11115-RSWL (CWx)<br><br>**ORDER FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) REGARDING DEFENDANTS MERRILL, GIFFIN, YALONG AND TOP PRODUCERS SYSTEMS, INC.** |

    The Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 54(b) as to all Parties dismissed without prejudice pursuant to this Court's order of March 7, 2003, against whom Plaintiffs did not file an amended complaint. This partial judgment includes Defendants Allan Merrill, Catherine Kwong Giffen, Evelyn Yalong and Top Producers Systems, Inc.

///
///
///
///

The Clerk is directed to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

DATED: August 30, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge