O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION<br><br>  Plaintiff,<br><br><br>This Document Relates<br>To:<br><br>All Actions | Master File No.<br>CV 01-11115-RSWL (CWx)<br><br>**ORDER** |

   The Court is presently in receipt of Lead Plaintiff California State Teachers' Retirement System ("Lead Plaintiff") and Defendant Stuart H. Wolff's ("Defendant") Joint and Separate Statements of the Parties Regarding Judgment [1398]. Having reviewed all papers submitted, the Court **NOW FINDS AND RULES AS FOLLOWS:**

   As a threshold matter, the Court **GRANTS** Lead Plaintiff's Request for Judicial Notice of the judgment in <u>Joe H. Miller, et al. v. Manuel P. Asensio, et al.</u>, the amended judgment in that action, and the partial

1

judgment in <u>Chubb & Son, Inc. et al. v. Kelleher, et al.</u> [1401] pursuant to Federal Rule of Evidence 201. Fed. R. Evid. 201.

The Court **DENIES** Defendant's request for the entry of judgment in his favor against Lead Plaintiff California State Teachers' Retirement System in this Action, as well as Defendant's request for costs against Lead Plaintiff California State Teachers' Retirement System.  The Court finds that Defendant has not established that he is entitled to Judgment in this Action against Lead Plaintiff California State Teachers' Retirement System, or that he is entitled to costs against Lead Plaintiff California State Teachers' Retirement System. <u>See</u> <u>Miller v. Asensio & Co., Inc.</u>, 364 F.3d 223 (4th Cir. 2004).

**IT IS SO ORDERED.**
DATED: August 30, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge