O

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>HOMESTORE.COM, INC.<br>SECURITIES LITIGATION<br><br>Plaintiff,<br><br><br>This Document Relates<br>To:<br><br>All Actions | ) Master File No.<br>) CV 01-11115-RSWL (CWx)<br>)<br>)<br>)<br>) **FINAL JUDGMENT AS TO**<br>) **DEFENDANT STUART H.**<br>) **WOLFF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This Final Judgment governs the consolidated action entitled In re Homestore.com, Inc. Securities Litigation, Master File Number CV 01-11115 RSWL (CWx), as well as all of its constituent actions.

This consolidated action came on for trial before the Court and a jury with respect to the claims brought against Defendant Stuart H. Wolff by the Lead Plaintiff California State Teachers Retirement System and a certified Plaintiff Class defined as:

All persons or entities (excluding defendants, any members of their immediate

1

1
2
3
4
5
6
7
8
9
10
11

> families, any person, firm, trust,
> corporation, present or former officer,
> director, or other individual or entity in
> which any Defendant has a controlling
> interest or which is affiliated with any
> of the Defendants, and any legal
> representatives, agents, affiliates,
> heirs, successors-in-interest or assigns
> of any excluded party), who purchased
> Homestore.com, Inc. stock from January 1,
> 2000 through December 21, 2001.

12
13
14

(*See* Dkt. No. 279.)  The issues having been duly tried and the jury having duly returned its Special Verdict (Dkt. No. 1362),

15

**IT IS ORDERED AND ADJUDGED** that:

16
17
18
19
20
21
22
23
24
25
26
27
28

    1.  On February 24, 2011, the jury rendered its Special Verdict in favor of Lead Plaintiff California State Teachers Retirement System and the Plaintiff Class.  Based upon the jury's Special Verdict, and because of the application of the mandatory reduction provisions of the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4(f)(7)(B), Lead Plaintiff California State Teachers Retirement System and the Plaintiff Class (including each member of the Plaintiff Class as defined above), and each of them, shall take nothing from defendant Stuart H. Wolff in this consolidated action;

2.    The operative Second Amended and Consolidated Complaint, including each and every purported claim alleged therein against defendant Stuart H. Wolff, and this consolidated action and each of its constituent actions, are fully and finally dismissed with prejudice as against defendant Stuart H. Wolff;

3.    Defendant Stuart H. Wolff shall not recover his costs of suit from Lead Plaintiff California State Teachers Retirement System as taxed by the Clerk; and,

4.    Pursuant to 15 U.S.C. § 78u-4(c)(1), the Court finds that each party, and each attorney representing Lead Plaintiff and each attorney representing defendant Stuart H. Wolff, complied with Rule 11(b) of the Federal Rules of Civil Procedure as to any and all complaints, responsive pleadings, dispositive motions, and other matters filed in this action.

**IT IS SO ORDERED.**

DATED: August 30, 2011.

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

3